UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARRETT R. JENKINS,<br><br>　　Plaintiff,<br><br>v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC,<br><br>　　Defendant. | Case No. 2:25-cv-03998 |

### DEFENDANT, RADIUS GLOBAL SOLUTIONS LLC'S, NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Radius Global Solutions, LLC ("RGS"), through undersigned counsel, hereby removes this action from Nassau County District Court -1st District to the United States District Court for the Eastern District of New York. In support of this Notice of Removal, RGS states as follows:

1.　On or about June 9, 2025, plaintiff, Jarrett R. Jenkins ("plaintiff"), commenced a lawsuit in the Nassau County District Court – 1st District of the State of New York entitled and captioned *Jarrett R. Jenkins v. Radius Global Solutions, LLC,* Case No. CV-007000-25/NA (hereinafter the "State Court Action"). No further proceedings before the State Court have occurred.

2.　In the Complaint, plaintiff alleges statutory causes of action against Defendant under the Fair Credit Report Act ("FCRA") 15 U.S.C. § 1681. A true and correct copy of plaintiff's Complaint and Summons is attached hereto as **Exhibit A**. Therefore, this Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. §§ 1331, 1367

because plaintiffs' Complaint alleges a cause of action arising under the laws of the United States, and plaintiff's state law claims form part of the same case or controversy. Because plaintiffs affirmatively alleged violations of the FCRA, the Complaint asserts a federal question under 28 U.S.C. § 1331 and is removable pursuant to 28 U.S.C. § 1441.

3. On June 20, 2025, RGS was served the complaint.

4. The time within which RGS is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired. This Notice of Removal is timely, having been filed within 30 days of the date on which RGS was served with plaintiff's Complaint. *See* 28 U.S.C. § 1446.

5. The Nassau County District Court – 1st District of the State of New York is located within the United States District Court for the Eastern District of New York. Therefore, venue for purposes of removal is proper because the United States District Court for the Easter District of New York embraces the place in which the removed action was pending. *See* 28 U.S.C. § 1441(a).

6. Written notice this Notice of Removal of this action is being immediately provided to the Nassau County District Court – 1st District of the State of New York attached hereto as **Exhibit B.**

7. Written notice of this Notice of Removal is being served on plaintiffs through their counsel of record.

WHEREFORE, defendant, RGS, gives notice that this action is removed from Nassau County District Court – 1st District of the State of New York to the United States District Court for the Eastern District of New York.

2

Dated: July 18, 2025                                Respectfully submitted,

                                                    */s/ Aaron R. Easley*
                                                    Aaron R. Easley, Esq. (#2823797)
                                                    SESSIONS, ISRAEL & SHARTLE, LLC
                                                    3 Cross Creek Drive
                                                    Flemington, NJ 08822-4938
                                                    Telephone: (908) 237-1660
                                                    Facsimile: (877) 334-0661
                                                    Email: aeasley@sessions.legal

                                                    *Attorney for Defendant*
                                                    *Radius Global Solutions, LLC*


# CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, a copy of the foregoing *Notice of Removal* was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of New York and served via U.S. Mail and Email upon the following:

Jarrett R. Jenkins
334 Locust Street, Apt. 1
West Hempstead, NY 11552
Telephone: (516) 688-0078
Email: jrobertjenkins@gmail.com

                                                    */s/ Aaron R. Easley*
                                                    Aaron R. Easley, Esq.