## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARRETT R. JENKINS,<br><br>                    Plaintiff,<br><br>v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC,<br><br>                    Defendant. | Case No.: 2:25-cv-03998 |

## <u>LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS</u>

Defendant, Radius Global Solutions, LLC ("Radius"), through counsel and pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1, submits this Statement of Material Facts.

1.      Plaintiff had an account with Sofi Bank N.A. under account number ending in 7673. (the "Account"). *See* **Exhibit A**, Declaration of Greg Stevens in Support of Defendant's Motion for Summary Judgment ("Stevens Decl."), at ¶ 3.

2.      On July 20, 2024, Crown Asset Management, LLC ("Crown"), as assignee of Sofi, placed the Account, bearing an outstanding balance of $48,718.46, with Radius for collections. The Account was assigned Radius reference number ****1090. *Id*. at ¶ 4.

3.      On or about July 20, 2024, after plaintiff's Account was placed with Radius for collection, Radius conducted a "soft pull" of plaintiff's Transunion consumer report in connection with its collection of the Account. *Id*. at ¶ 5.

4.      On or about July 21, 2024, Radius sent plaintiff a letter notifying plaintiff of Radius's intent to collect the Account (the "Letter"). *Id*. at ¶ 6; **Exhibit A-1**.

5. The letter was sent to 334 Locust St. #1, West Hempstead, NY, 11552-3044, and it was not returned undeliverable. *See* **Exhibit A**, Stevens Decl., ¶ 7.

6. In the Summons, Plaintiff lists his Residence Address as 334 Locust St., Apt. 1, West Hempstead, NY, 11552. *See* Docket No. 1-1, Summons (p. 2 of 7).

Dated: July 25, 2025                                  Respectfully submitted,

                                                      */s/ Aaron R. Easley*
                                                      Aaron R. Easley (#2823797)
                                                      Sessions, Israel & Shartle, LLC
                                                      3 Cross Creek Drive
                                                      Flemington, NJ 08822-4938
                                                      Telephone: (908) 237-1660
                                                      Facsimile: (877) 334-0661
                                                      Email: aeasley@sessions.legal

                                                      *Attorney for Defendant*
                                                      *Radius Global Solutions, LLC*

# EXHIBIT

# A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JARRETT R. JENKINS,

Plaintiff,

v.

RADIUS GLOBAL SOLUTIONS, LLC,

Defendant.

Case No.: 2:25-cv-03998

## DECLARATION OF GREG STEVENS

I, Greg Stevens, pursuant to 28 U.S.C. § 1764, hereby declare:

1.    I am the Chief Compliance Officer for Radius Global Solutions, LLC ("Radius"). I am over the age of eighteen and authorized to make this Declaration on behalf of Radius. If called as a witness, I could and would testify competently as to my knowledge of the facts contained herein.

2.    I have reviewed Radius's business records and have become personally familiar with the records and documents relating to the account of plaintiff, Jarrett Jenkins, Radius reference number ****1090. These records are created at or near the time of the act, event, or condition described therein, by a person with knowledge of the act, event, or condition described. These records are created and kept by Radius in the regular and ordinary course of business.

3.    Radius's records reflect plaintiff possessed an account with Crown Asset Management, LLC ("Crown"), as assignee of Sofi Bank N.A., under an account ending in 7673. (the "Account").

4.      On or about July 20, 2024, Crown placed the Account, bearing an outstanding balance of $48,718.46, with Radius for collections. The Account was assigned Radius reference number ****1090.

5.      On or about July 20, 2024, after plaintiff's Account was placed with Radius for collection, Radius conducted a "soft pull" of plaintiff's Transunion consumer report in connection with its collection of the Account.

6.      On or about July 21, 2024, Radius sent plaintiff a letter notifying plaintiff of Radius's intent to collect the Account (the "Letter"). A true and correct copy of the Letter is attached as **Exhibit A-1**.

7.      The letter was sent to 334 Locust St. #1, West Hempstead, NY, 11552-3044, and it was not returned undeliverable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 18, 2025, at Lutz, Florida.

Greg Stevens
Chief Compliance Officer
Radius Global Solutions, LLC

2

# EXHIBIT
# A-1

P.O. Box 390916
Minneapolis, MN 55439-0916

Radius Global Solutions LLC

7831 Glenroy Road Suite 250-A
Minneapolis, MN 55439
(877) 891-0266
Office Hours (EST) 8am - 8pm Mon - Thur 8am-5pm Friday

Radius Global Solutions LLC accepts relay calls.
TTY service users dial 711.

Mail correspondence and payments to:

RADIUS GLOBAL SOLUTIONS LLC
P.O. Box 390916
Minneapolis, MN 55439-0916

JARRETT JENKINS
334 LOCUST ST # 1
WEST HEMPSTEAD NY  11552-3044

|�types of barcode|

July 21, 2024
Radius Global Solutions #: ███████1090

**Radius Global Solutions is a debt collector.** We are trying to collect a debt that you owe to CROWN ASSET MANAGEMENT  LLC. The creditor at the time of charge off was SOFI BANK N. A.. We will use any information you give us to help collect the debt.

### Our Information shows:

Original Creditor: SOFI BANK N.A..
You had an SOFI BANK N. A. account with account number ENDING IN 7673.

| | |
|---|---|
| As of 11/30/2023, you owed: | $48718.46 |
| Between 11/30/2023 and today: | |
| You were charged this amount in interest: | + $0.00 |
| You were charged this amount in fees: | + $0.00 |
| You paid or were credited this amount toward the debt: | - $0.00 |
| **Total amount of the debt now:** | $48718.46 |

### How can you dispute the debt?

- **Call or write to us by 09/03/24 to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

- **If you write to us by 09/03/24,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at disputes@radiusgs.com.

### What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by 09/03/24, we will stop collection until we send you that information.  You may use the form below or write to us without the form. We accept such requests electronically at disputes@radiusgs.com.

- Go to **http://www.cfpb.gov/debt-collection** to **learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options.

**To Make Online Payments Visit:**
www.paymentportal.radiusgs.com

**Use Reference Number:** ███████1090

**Your PIN:** ██████

---

**Notice:  See reverse side for important information**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**How do you want to respond?**
Check all that apply
❑ **I want to dispute the debt because I think:**
  ❑ This is not my debt.
  ❑ The amount is wrong.
  ❑ Other (Please describe on reverse or attach additional documents).
❑ **I want you to send me the name and address of the original creditor.**
❑ I enclosed this amount:  [ $ _____ ]

Make your check payable to **Radius Global Solutions.** Include the reference number ███████1090

Mail this form to:

RADIUS GLOBAL SOLUTIONS LLC
P.O. Box 390916
Minneapolis, MN 55439-0916
|ᴮᴬᴿᶜᴼᴰᴱ|

JARRETT JENKINS
334 LOCUST ST # 1
WEST HEMPSTEAD NY  11552-3044

In accordance with NY State regulatory requirements, please be advised of the following:

| Original Creditor Name | Original Creditor Number | Total Due as of Charge-Off | Total Interest Accrued Since Charge-Off | Total Non-Interest Charges or Fees Accrued Since Charge-Off | Total Payments Made or Credits Applied Since Charge-Off |
|---|---|---|---|---|---|
| SOFI BANK N.A. | XXXXX7673 | $48718.46 | N/A | N/A | $0.00 |

**Total amount of the debt now: $48718.46**

You may request this communication in large print by contacting us at (877) 891-0266.

Debt collectors, in accordance with the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:

(i) the use or threat of violence;
(ii) the use of obscene or profane language; and
(iii) repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.