UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARRETT R. JENKINS,<br><br>    Plaintiff,<br><br>v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC,<br><br>    Defendant. | Case No.: 2:25-cv-03998 |

### CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2025, a copy of the foregoing *Pre-Motion Letter, Local Rule 56.1 Statement, Declaration of Greg Stevens, and Exhibit A-1* were electronically filed with the Clerk of the Court, United States District Court, Eastern District of New York, and served via U.S. Mail and email upon all counsel of record and parties proceeding *pro se*:

 Jarrett R. Jenkins
 334 Locust Street, Apt. 1
 West Hempstead, NY 11552
 Tel: 516-688-0078
 jrobertjenkins@gmail.com

Dated:  July 25, 2025         Respectfully submitted,

                   */s/ Aaron R. Easley*
                   Aaron R. Easley (#2823797)
                   Sessions, Israel & Shartle, LLC
                   3 Cross Creek Drive
                   Flemington, NJ 08822-4938
                   Telephone: (908) 237-1660
                   Facsimile: (877) 334-0661
                   Email: aeasley@sessions.legal

*Attorney for Defendant*
*Radius Global Solutions, LLC*