## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK
## (CENTRAL ISLIP)

JARRETT R. JENKINS,

       Plaintiff,

v.

Radius Global Solutions, LLC,

       Defendant.

Case No.: 2:25-cv-3998

## RADIUS GLOBAL SOLUTIONS, LLC'S ANSWER
## AND AFFIRMATIVE DEFENSES TO COMPLAINT

COMES NOW Defendant, Radius Global Solutions, LLC ("RGS"), through counsel and under the Federal Rules of Procedure, submits this Answer and Affirmative Defenses to the Complaint filed by *pro se* plaintiff, Jarrett R. Jenkins, and states:

## PARTIES

1. RGS admits the allegations in ¶ 1 upon information and belief.

2. RGS admits the allegations in ¶ 2.

3. RGS admits the allegations in ¶ 3.

## JURISDICTION AND VENUE

4. Upon information and belief, RGS admits this Court has jurisdiction. Except as specifically admitted, RGS denies the allegations in ¶ 4.

5. Upon information and belief, RGS admits venue is proper. Except as expressly admitted, RGS denies the allegations in ¶ 5.

6.    RGS admits it accesses consumer credit reports from the national credit reporting agencies. Except as specifically admitted, RGS denies the allegations in ¶ 6 as calling for legal conclusion.

## ALLEGATIONS

7.    RGS denies the allegations in ¶ 7 for lack of knowledge or information sufficient to form a belief therein.

8.    RGS denies the allegations in ¶ 8 for lack of knowledge or information sufficient to form a belief therein.

9.    RGS denies the allegations in ¶ 9.

## FIRST CAUSE OF ACTION

10.    RGS reasserts the foregoing as if fully stated herein.

11.    RGS denies the allegations in ¶ 11 as calling for a legal conclusion.

12.    RGS denies the allegations in ¶ 12 as calling for a legal conclusion.

13.    RGS denies the allegations in ¶ 13 as calling for a legal conclusion.

14.    The Fair Credit Reporting Act speaks for itself and is the best evidence of its content. To the extent the allegations in ¶ 14 state otherwise, denied.

15.    RGS denies the allegations in ¶ 15 as calling for a legal conclusion.

16.    RGS denies the allegations in ¶ 16.

17.    RGS denies the allegations in ¶ 17.

18.    RGS denies the allegations in ¶ 18.

19.    RGS denies the allegations in ¶ 19.

20.    RGS denies the allegations in ¶ 20 as calling for a legal conclusion.

21.    RGS denies the allegations in ¶ 21.

22.    RGS denies the allegations in ¶ 22.

23.    Plaintiff is not entitled to the relief requested herein.

## **AFFIRMATIVE DEFENSES**

1.    RGS denies any liability; however, regardless of liability, plaintiff has suffered no actual damages as a result of RGS's purported violations.

2.    One or more claims asserted by plaintiff are barred by the statute of limitations, laches, estoppel, waiver and/or unclean hands.

3.    Assuming that plaintiff suffered any damages, he has failed to mitigate his damages or take other reasonable steps to avoid or reduce her damages.

4.    Any harm suffered by plaintiff was legally and proximately caused by persons or entities other than RGS and were beyond the control or supervision of RGS or for whom RGS was and is not responsible or liable.

5.    Plaintiff has failed to state a claim against RGS upon which relief may be granted.

6.    This Court lacks jurisdiction because plaintiff lacks standing as she did not suffer a concrete injury.

7.    Upon information and belief, plaintiff's claims are subject to mandatory and binding arbitration and class action waiver.

8.    To the extent a violation(s) is established, any such violation(s) was not intentional and resulted from a *bona fide* error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

9.      Upon information and belief, Plaintiff was advised RGS's permissible

purpose for reviewing his credit report was "Collection."

Dated: December 11, 2025                    Respectfully submitted,

                                            */s/ Michael D. Alltmont*
                                            Michael D. Alltmont
                                            SESSIONS, ISRAEL & SHARTLE, LLC
                                            3838 N. Causeway Blvd., Ste. 2800
                                            Metairie, Louisiana 70002
                                            malltmont@sessions.legal
                                            Tel: 504-846-7954
                                            Fax: 504-828-3737

                                            Aaron R. Easley, Esq. (#2823797)
                                            SESSIONS, ISRAEL & SHARTLE, LLC
                                            3 Cross Creek Drive
                                            Flemington, NJ 08822-4938
                                            Telephone: (908) 237-1660
                                            Facsimile: (877) 334-0661
                                            Email: aeasley@sessions.legal

                                            *Attorneys for Defendant*
                                            *Radius Global Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that December 11, 2025, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing

to all counsel of record.

I further certify that a true and correct copy of the foregoing was served by U.S.

Mail, on the following *pro se* party:


Jarrett R. Jenkins
334 Locust Street, Apt. 1
West Hempstead, NY 11552


*/s/Michael D. Alltmont*
Attorney