**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JARRETT R. JENKINS,<br><br>Plaintiff,<br>v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC,<br><br>Defendant. | Case No.: 2:25-cv-03998 |

**<u>LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS</u>**

Defendant, Radius Global Solutions, LLC ("Radius"), through counsel and pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1, submits this Statement of Material Facts.

1. Plaintiff had an account with Sofi Bank N.A. under account number ending in 7673. (the "Account"). *See* **Exhibit A**, Declaration of Greg Stevens in Support of Defendant's Motion for Summary Judgment ("Stevens Decl."), at ¶ 3. *See also* **Exhibit B-1**, Plaintiff's Responses to Requests for Admissions, No. 11-13.

2. Plaintiff admits he did not repay the account. See Exhibit B-1, Plaintiff's Responses to Requests for Admissions, No. 13.

3. On July 20, 2024, Crown Asset Management, LLC ("Crown"), as assignee of Sofi, placed the Account, bearing an outstanding balance of $48,718.46, with Radius for collections. The Account was assigned Radius reference number ****1090. *Id*. at ¶ 4.

4. On or about July 20, 2024, after plaintiff's Account was placed with Radius for collection, Radius conducted a "soft pull" of plaintiff's Transunion consumer report in connection with its collection of the Account. *Id*. at ¶ 5.

5. On or about July 21, 2024, Radius sent plaintiff a letter notifying plaintiff of Radius's intent to collect the Account (the "Letter"). *Id*. at ¶ 6; **Exhibit A-1**.

6. The letter was sent to 334 Locust St. #1, West Hempstead, NY, 11552-3044, and it was not returned undeliverable. *See* **Exhibit A**, Stevens Decl., ¶ 7.

7. In the Summons, Plaintiff lists his Residence Address as 334 Locust St., Apt. 1, West Hempstead, NY, 11552. *See* Docket No. 1-1, Summons (p. 2 of 7).

8. In discovery, Plaintiff admits his address in July and August 2024 was, and still is today, 334 Locust St., Apt. 1, West Hempstead, NY, 11552. *See* **Exhibit B-1**, Plaintiff's Responses to Requests for Admissions No. 9-10.

Dated: November 12, 2026

Respectfully submitted,

*/s/ Michael D. Alltmont*

Michael D. Alltmont (admitted PHV)
Sessions, Israel & Shartle, LLC
3838 N. Causeway Blvd., Ste. 2800
Metairie, LA 70002
Telephone: 504-846-7954
Facsimile: 504-828-3737
Email: malltmont@sessions.legal

Aaron R. Easley (#2823797)
Sessions, Israel & Shartle, LLC
3 Cross Creek Drive
Flemington, NJ 08822-4938
Telephone: (908) 237-1660
Facsimile: (877) 334-0661
Email: aeasley@sessions.legal

*Attorney for Defendant*
*Radius Global Solutions, LLC*

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JARRETT R. JENKINS,

Plaintiff,

v.

RADIUS GLOBAL SOLUTIONS, LLC,

Defendant.

Case No.: 2:25-cv-03998

**DECLARATION OF GREG STEVENS**

I, Greg Stevens, pursuant to 28 U.S.C. § 1764, hereby declare:

1. I am the Chief Compliance Officer for Radius Global Solutions, LLC ("Radius"). I am over the age of eighteen and authorized to make this Declaration on behalf of Radius. If called as a witness, I could and would testify competently as to my knowledge of the facts contained herein.

2. I have reviewed Radius's business records and have become personally familiar with the records and documents relating to the account of plaintiff, Jarrett Jenkins, Radius reference number ****1090. These records are created at or near the time of the act, event, or condition described therein, by a person with knowledge of the act, event, or condition described. These records are created and kept by Radius in the regular and ordinary course of business. A true and correct copy of the account records is attached as **Exhibit A-1**.

3. Radius's records reflect plaintiff possessed an account with Crown Asset Management, LLC ("Crown"), as assignee of Sofi Bank N.A., under an account ending in 7673. (the "Account").

4. On or about July 20, 2024, Crown placed the Account, bearing an outstanding balance of $48,718.46, with Radius for collections. The Account was assigned Radius reference number ****1090.

5. On or about July 20, 2024, after plaintiff's Account was placed with Radius for collection, Radius conducted a "soft pull" of plaintiff's Transunion consumer report in connection with its collection of the Account.

6. On or about July 21, 2024, Radius sent plaintiff a letter notifying plaintiff of Radius's intent to collect the Account (the "Letter"). A true and correct copy of the Letter is attached as **Exhibit A-2**.

7. The letter was sent to 334 Locust St. #1, West Hempstead, NY, 11552-3044, and it was not returned undeliverable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 12, 2026, at South Carolina

Signed by:
Greg Stevens
2D681FAE7795408...

Greg Stevens
Chief Compliance Officer
Radius Global Solutions, LLC

# EXHIBIT A-1

User: DLS

# *Account Information*

7/1/2025
12:47 pm

**Status**

Account: [redacted]1090 Status: INACTCANCEL Follow-up Date: 07/20/2024

**Responsible Party**

Name: JARRETT JENKINS SSN: [redacted]-1996 Ph: (516) 841-3132
Address: 334 LOCUST ST # 1 POE: POE Ph:
WEST HEMPSTEAD, NY 11552 ADR: DOB: [redacted]1973

Client: CAMCLG - Crown Asset Manage Org Bal: 48,718.46
List Date: 07/20/2024 Service Date: 11/07/2022 Calls: 1 Cont: 0 Cur Bal: 48,718.46

**Previous Address**

| Date | Time | Address | City, State Zip |
|---|---|---|---|

**Asset Information**

Bank ID: Account:
Name: Phone:
Address: Credit Card:
Charge #:
Expiration Date:

Property:
Address:

**Attorney**

| Attorney ID | Name | Phone |
|---|---|---|

**Transaction Information**

| Date | Type | Reference | Amount |
|---|---|---|---|
| 7/20/2024 | NBDJ | | 48,718.46 |



RGS 0037

User: DLS

# *Account Information*

7/1/2025
12:47 pm

**Notes**

| [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|
| sys | 7/20/2024 | 5:06:06AM | ZZENPOESAL2 changed from to 0.00 |
| sys | 7/20/2024 | 5:06:06AM | ZZENPOESAL3 changed from to 0.00 |
| sys | 7/20/2024 | 5:06:06AM | ARACRPRELID changed from to 107707800 |
| sys | 7/20/2024 | 5:06:06AM | ARACPL95 changed from to N |
| sys | 7/20/2024 | 5:06:06AM | ZZACBKTEFFDTE changed from to 11/07/2022 |
| sys | 7/20/2024 | 5:06:06AM | ZZACCLTCBRRPTS changed from to N |
| sys | 7/20/2024 | 5:06:06AM | ZZACOUTOFSTAT changed from to N |
| sys | 7/20/2024 | 5:09:47AM | ARRELCONLVL changed from ARCEASE to AROPEN |
| sys | 7/20/2024 | 5:09:47AM | ARRELSTATUSID changed from to CHKAUTOCLS |
| sys | 7/20/2024 | 5:09:47AM | Action ARCHGROLE: JARRETT JENKINS ([redacted]1090) Role changed from 'A3DEBTOR' to 'ZZTHIRDRESP'. |
| sys | 7/20/2024 | 5:09:47AM | ARRELROLEID changed from A3DEBTOR to ZZTHIRDRESP |
| sys | 7/20/2024 | 5:09:47AM | ARRELSTATUSID changed from CHKAUTOCLS to PRECNEWR |
| sys | 7/20/2024 | 5:09:47AM | Action ARMATCH: No match found. |
| sys | 7/20/2024 | 5:09:47AM | ARRELOFFID changed from to IA |
| sys | 7/20/2024 | 5:09:47AM | Status changed to CHKAUTOCLS. |
| sys | 7/20/2024 | 5:09:47AM | ARRELOFFID changed from to IA |
| sys | 7/20/2024 | 5:09:47AM | Phase changed from NEWBUS to COLLECTION. |
| sys | 7/20/2024 | 5:09:47AM | ARENADRSOURCE changed from to CLIENT |
| sys | 7/20/2024 | 5:09:47AM | New business balances have been added. |
| sys | 7/20/2024 | 5:09:47AM | ARACSTATUTEEXPDTE changed from to 07/08/2026 |
| sys | 7/20/2024 | 5:09:47AM | ZZACCOMPLREALM changed from to NY |
| sys | 7/20/2024 | 5:09:47AM | ZZACDEBTBUYER changed from to Y |
| sys | 7/20/2024 | 5:09:47AM | ZZACHOSPFUND changed from to N |
| sys | 7/20/2024 | 5:09:47AM | ZZACINCLSAFEHARB changed from to N |
| sys | 7/20/2024 | 5:09:47AM | ZZACINITCBRRPT changed from to N |
| sys | 7/20/2024 | 5:09:47AM | Account [redacted]1090: ZZACINITCBRRPT changed to N |
| sys | 7/20/2024 | 5:09:47AM | ZZACINSURED changed from to N |
| sys | 7/20/2024 | 5:09:47AM | ZZACMEDDEBT changed from to N |
| sys | 7/20/2024 | 5:09:47AM | The account approval is complete. |
| sys | 7/20/2024 | 6:11:07AM | ARRELSTATUSID changed from PRECNEWR to LEXIS |
| sys | 7/20/2024 | 6:11:07AM | Action ARREQLINK: Link report requested for JARRETT JENKINS using TLOBKDEC |
| sys | 7/20/2024 | 6:22:58AM | Link Request Successfully sent to Link server for Responsible Party JARRETT JENKINS, Account #[redacted]1090. (Request ID = 141644353, Service Type = TLOBKDEC) |
| sys | 7/20/2024 | 6:36:13AM | ARRELSTATUSID changed from LEXIS to TRANSUNION |
| sys | 7/20/2024 | 6:36:13AM | Action ARREQLINK: Link report requested for JARRETT JENKINS using CPEOGEN |
| sys | 7/20/2024 | 6:36:13AM | Action ARREQLINK: Link report requested for JARRETT JENKINS using TUTLO |
| sys | 7/20/2024 | 6:36:13AM | Link service request returned from vendor TransUnion [TU], for service TLOBKDEC for the Responsible Party JARRETT JENKINS, Account #[redacted]1090. |



RGS 0038

User: DLS

# Account Information

7/1/2025
12:47 pm

| | | | |
|---|---|---|---|
| sys | 7/20/2024 | 6:39:36AM | Link Request Successfully sent to Link server for Responsible Party JARRETT JENKINS. (Request ID = 141648134,Service Type = CPEOGEN) |
| sys | 7/20/2024 | 6:39:36AM | Link Request Successfully sent to Link server for Responsible Party JARRETT JENKINS, Account #[redacted]1090. (Request ID = 141648136,Service Type = TUTLO) |
| sys | 7/20/2024 | 6:55:49AM | Link service request returned from vendor TransUnion[TU], for service TUTLO for the Responsible Party JARRETT JENKINS, Account #[redacted]1090. |
| sys | 7/20/2024 | 6:55:49AM | TUTLO Received New Info (Req: 409790937 Acct: 50931090 |
| sys | 7/20/2024 | 8:12:17AM | Link service request returned from vendor TransUnion[TU], for service CPEOGEN for the Responsible Party JARRETT JENKINS. |
| sys | 7/20/2024 | 8:14:47AM | ARRELSTATUSID changed from TRANSUNION to LEXISPH |
| sys | 7/20/2024 | 8:14:47AM | ARRELSTATUSID changed from LEXISPH to LETTER |
| sys | 7/20/2024 | 8:14:47AM | Action AREXCLTINIGRP: No action group specified for client CAMCLG |
| sys | 7/20/2024 | 8:14:47AM | Action ARREQPL95: Letter IDN00007 successfully requested. |
| sys | 7/20/2024 | 8:14:47AM | Letter IDN00007 requested. |
| sys | 7/20/2024 | 8:14:47AM | Letter IDN00007 RegF-640 Initial Demand Notice requested for JARRETT JENKINS (POR) |
| sys | 7/20/2024 | 8:14:47AM | ARRELSTATUSID changed from LETTER to NEWACCT |
| sys | 7/20/2024 | 8:14:47AM | Action AREXCLTINIGRP: No action group specified for client CAMCLG |
| sys | 7/20/2024 | 8:14:47AM | Action ARCHGSTAT error: Failed to change status from LEXISPH to LETTER. |
| sys | 7/20/2024 | 8:14:47AM | Action ARCHGSTAT error: Failed to change status from TRANSUNION to LEXISPH. |
| sys | 7/21/2024 | 5:10:39AM | ZZENTXTMSGNUM changed from to 516-841-3132 |
| sys | 7/21/2024 | 5:10:39AM | ZZENTTXTMSGCONSDTE changed from to 07/21/2024 |
| sys | 7/21/2024 | 5:10:39AM | ZZENTXTMSGCONSENT changed from to U |
| sys | 7/21/2024 | 5:10:39AM | ZZENTTXTMSGCONSSRC changed from to 3 |
| sys | 7/21/2024 | 5:10:39AM | ARENPH changed from to 516-841-3132 |
| sys | 7/21/2024 | 5:10:39AM | ARENPF changed from to C |
| sys | 7/21/2024 | 5:12:16AM | OUT FOR NEUSTAR PHONE SCRUB [redacted]1090-107707800 |
| sys | 7/21/2024 | 5:13:18AM | NEUSTAR PHONE SCRUB INFO RECEIVED [redacted]1090-107707800 |
| NJ | 7/21/2024 | 6:50:18AM | Letter IDN00007 RegF-640 Initial Demand Notice satisfied PL95 |
| NJ | 7/21/2024 | 6:50:18AM | Letter IDN00007 RegF-640 Initial Demand Notice updated for JARRETT JENKINS (POR) |
| NJ | 7/21/2024 | 6:50:18AM | ARACPL95 changed from N to Y |
| NJ | 7/21/2024 | 3:51:55PM | Link service request returned from vendor RevSpring[PC], for service RSTHIRDN for the Responsible Party JARRETT JENKINS, Account #50931090. |
| sys | 7/22/2024 | 9:29:42AM | ZZACSEGSCR changed from to 1 |
| sys | 7/22/2024 | 11:59:49AM | Artiva [redacted]1090 - 107707800 OUT FOR SCRA DOD SCRUB |
| sys | 7/22/2024 | 11:59:49AM | ZZENFIRSCRBDTE changed from to 07/22/2024 |
| sys | 7/22/2024 | 12:46:24PM | Artiva [redacted]1090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 7/22/2024 | 2:22:43PM | ACCT [redacted]1090 OUT FOR LIT SCRUB |
| sys | 7/22/2024 | 2:28:32PM | ARRELSTATUSID changed from NEWACCT to LIT |
| sys | 7/22/2024 | 2:28:32PM | ARRELCONLVL changed from AROPEN to ARCEASE |
| sys | 7/22/2024 | 2:28:33PM | Action ARRMVPOOL: (50931090) JARRETT JENKINS is not in any pools. |
| sys | 7/22/2024 | 2:28:33PM | ZZENLITRCVDDTE changed from to 07/22/2024 |
| sys | 7/22/2024 | 2:28:33PM | LIT Scrub Returned-Hit Received, acct [redacted]1090-107707800 |
| sys | 7/23/2024 | 11:27:24AM | Dialed 5168413132 on 07/22/2024 at 07:48 with a result(AMHU):Answering Machine (Hung Up) |
| sys | 7/23/2024 | 2:30:53PM | Artiva [redacted]1090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |

User: DLS

# Account Information

7/1/2025
12:47 pm

| | | | |
|---|---|---|---|
| sys | 7/23/2024 | 5:46:16PM | Artiva [redacted] 090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 7/30/2024 | 2:59:34PM | Artiva [redacted] 090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 7/30/2024 | 4:17:40PM | Artiva [redacted] 090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 8/6/2024 | 2:54:01PM | Artiva [redacted] 090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 8/6/2024 | 4:34:48PM | Artiva [redacted] 090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 8/13/2024 | 1:25:24PM | Artiva [redacted] 090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 8/13/2024 | 5:02:12PM | Artiva [redacted] 090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 8/20/2024 | 2:25:35PM | Artiva [redacted] 090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 8/21/2024 | 2:43:25AM | Artiva [redacted] 090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 8/27/2024 | 11:59:02AM | Artiva [redacted] 090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 8/27/2024 | 4:27:01PM | Artiva [redacted] 090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 9/3/2024 | 1:44:46PM | Artiva [redacted] 090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 9/3/2024 | 5:57:44PM | Artiva [redacted] 090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 9/10/2024 | 12:03:54PM | Artiva [redacted] 090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 9/10/2024 | 6:35:41PM | Artiva [redacted] 090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 9/17/2024 | 11:03:30AM | Artiva [redacted] 090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 9/17/2024 | 3:10:05PM | Artiva [redacted] 090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 9/24/2024 | 2:03:14PM | Artiva [redacted] 090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 9/24/2024 | 3:25:11PM | Artiva [redacted] 090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 10/1/2024 | 2:13:05PM | Artiva [redacted] 090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 10/1/2024 | 5:24:32PM | Artiva [redacted] 090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 10/8/2024 | 4:10:35PM | Artiva [redacted] 090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 10/8/2024 | 6:50:41PM | Artiva [redacted] 090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 10/15/2024 | 11:56:34AM | Artiva [redacted] 090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 10/15/2024 | 6:22:08PM | Artiva [redacted] 090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 10/22/2024 | 3:49:21PM | Artiva [redacted] 090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 10/22/2024 | 7:44:35PM | Artiva [redacted] 090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 10/29/2024 | 12:26:08PM | Artiva [redacted] 090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 10/29/2024 | 3:35:43PM | Artiva [redacted] 090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 10/29/2024 | 6:29:17PM | Artiva [redacted] 090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 11/5/2024 | 11:52:01AM | Artiva [redacted] 090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 11/5/2024 | 2:58:10PM | Artiva [redacted] 090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 11/12/2024 | 12:38:09PM | Artiva [redacted] 090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 11/12/2024 | 3:18:11PM | Artiva [redacted] 090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 11/14/2024 | 5:21:18AM | MONTHLY TLO BK/DEC SCRUB |
| sys | 11/14/2024 | 5:21:18AM | MONTHLY TLO BK/DEC SCRUB |
| sys | 11/14/2024 | 5:22:20AM | MONTHLY TLO BK/DEC SCRUB |
| sys | 11/14/2024 | 5:28:37AM | MONTHLY TLO BK/DEC SCRUB |
| sys | 11/19/2024 | 11:14:27AM | Artiv [redacted] 1090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 11/19/2024 | 5:08:25PM | Artiv [redacted] 1090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 11/26/2024 | 12:29:37PM | Artiv [redacted] 1090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 11/26/2024 | 4:24:38PM | Artiv [redacted] 1090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 12/3/2024 | 11:14:58AM | Artiv [redacted] 1090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 12/3/2024 | 5:09:04PM | Artiv [redacted] 1090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 12/10/2024 | 11:51:38AM | Artiv [redacted] 1090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 12/10/2024 | 5:16:25PM | Artiv [redacted] 1090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 12/13/2024 | 10:56:34AM | MON [redacted] TLO BK/DEC SCRUB |
| sys | 12/17/2024 | 10:40:54AM | Artiv [redacted] 1090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 12/17/2024 | 12:47:36PM | Artiv [redacted] 1090 - 107707800 SCRA SCRUB RETURNED - NO HIT |

User: DLS

# Account Information

7/1/2025
12:47 pm

| | | | |
|---|---|---|---|
| sys | 12/24/2024 | 1:17:47PM | Artiva[redacted]090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 12/24/2024 | 3:02:12PM | Artiva[redacted]090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 12/31/2024 | 12:04:05PM | Artiva[redacted]090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 12/31/2024 | 2:18:07PM | Artiva[redacted]090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 1/7/2025 | 11:55:31AM | Artiva[redacted]090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 1/7/2025 | 5:11:37PM | Artiva[redacted]090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 1/13/2025 | 10:55:57AM | MON[redacted]LO BK/DEC SCRUB |
| sys | 1/14/2025 | 11:11:55AM | Artiva[redacted]090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 1/14/2025 | 3:02:07PM | Artiva[redacted]090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 1/21/2025 | 10:30:05AM | Artiva[redacted]090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 1/21/2025 | 3:12:46PM | Artiva[redacted]090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 1/28/2025 | 11:23:04AM | Artiva[redacted]090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 1/28/2025 | 4:08:16PM | Artiva[redacted]090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 2/4/2025 | 11:47:44AM | Artiva[redacted]090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 2/4/2025 | 2:29:37PM | Artiva[redacted]090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 2/11/2025 | 12:02:01PM | Artiva[redacted]090 - 107707800 OUT FOR WEEKLY SCRA DOD SCRUB |
| sys | 2/11/2025 | 1:34:04PM | Artiva[redacted]090 - 107707800 SCRA SCRUB RETURNED - NO HIT |
| sys | 2/13/2025 | 11:00:27AM | MONTHLY TLO BK/DEC SCRUB |
| sys | 2/15/2025 | 9:53:42AM | ARRELSTATUSID changed from LIT to INACTCANCEL |
| sys | 2/15/2025 | 9:53:42AM | Action ARUNASSIGN: ([redacted]1090) JARRETT JENKINS was already unassigned. |
| sys | 2/15/2025 | 9:53:42AM | Action ARREQLINK: Link report requested for JARRETT JENKINS using TLODEL |
| sys | 2/15/2025 | 9:53:42AM | Action ARRMVCALLBACK: All timed callbacks have been removed for JARRETT JENKINS ([redacted]1090). |
| sys | 2/15/2025 | 9:53:42AM | Action ARCANCEL: Account moved to CANCEL phase to cancel it. |
| sys | 2/15/2025 | 9:53:42AM | ZZACRECALLDTE changed from to 02/15/2025 |
| sys | 2/15/2025 | 9:53:42AM | ARACCANCID changed from to RETURN |
| sys | 2/15/2025 | 9:53:42AM | ARACCANCTODTE changed from to 02/15/2025 |
| sys | 2/15/2025 | 9:56:26AM | Link Request Successfully sent to Link server for Responsible Party JARRETT JENKINS, Account #[redacted]1090. (Request ID = 161814504, Service Type = TLODEL) |
| sys | 2/17/2025 | 2:00:35PM | Report to Credit Bureaus changed from to N. |
| ECS | 6/20/2025 | 3:53:22PM | ARENPF changed from C to ! |
| ECS | 6/20/2025 | 3:53:22PM | ZZENTTXTMSGCONSDTE changed from 07/21/2024 to |
| ECS | 6/20/2025 | 3:53:22PM | ZZENTTXTMSGCONSSRC changed from 3 to |
| ECS | 6/20/2025 | 3:53:22PM | ZZENTXTMSGCONSENT changed from U to |
| ECS | 6/20/2025 | 3:53:22PM | ZZENTXTMSGNUM changed from 516-841-3132 to |
| ECS | 6/20/2025 | 3:53:22PM | Text Message Number fields cleared due to B or ! phone flag applied to 5168413132. |
| ECS | 6/20/2025 | 3:53:46PM | Contact phone flag 871126 changed from to ! for ZZENSKIPPHID 87112656 |
| ECS | 6/20/2025 | 3:53:53PM | Contact phone flag changed from to ! for ZZENSKIPPHID 87112657 |
| ECS | 6/20/2025 | 3:57:24PM | Lawsuit received 6.20.2025 Please do not work. Direct all inquires to compliance. |
| ECS | 6/20/2025 | 4:07:25PM | Change Status (S). |
| S1R | 6/23/2025 | 9:18:37AM | Letter notes and complaint loaded to dn |
| S1R | 6/23/2025 | 9:20:42AM | disregard prior note unable to load to DN sent via email |

# EXHIBIT A-2

Case 2:25-cv-03998-NCM-ST Document 11-1 Filed 11/25/25 Page 7 of 24 PageID #: 130

P.O. Box 390916
Minneapolis, MN 55439-0916

Radius Global Solutions LLC

7831 Glenroy Road Suite 250-A
Minneapolis, MN 55439
(877) 891-0266
Office Hours (EST) 8am - 8pm Mon - Thur 8am-5pm Friday

Radius Global Solutions LLC accepts relay calls.
TTY service users dial 711.

Mail correspondence and payments to:

RADIUS GLOBAL SOLUTIONS LLC
P.O. Box 390916
Minneapolis, MN 55439-0916

JARRETT JENKINS
334 LOCUST ST # 1
WEST HEMPSTEAD NY 11552-3044

July 21, 2024
Radius Global Solutions #: [redacted]1090

**Radius Global Solutions is a debt collector.** We are trying to collect a debt that you owe to CROWN ASSET MANAGEMENT LLC. The creditor at the time of charge off was SOFI BANK N. A.. We will use any information you give us to help collect the debt.

**Our Information shows:**

Original Creditor: SOFI BANK N.A..
You had an SOFI BANK N. A. account with account number ENDING IN 7673.

| | |
|---|---|
| As of 11/30/2023, you owed: | $48718.46 |
| Between 11/30/2023 and today: | |
| You were charged this amount in interest: | + $0.00 |
| You were charged this amount in fees: | + $0.00 |
| You paid or were credited this amount toward the debt: | - $0.00 |
| **Total amount of the debt now:** | $48718.46 |

**How can you dispute the debt?**

- **Call or write to us by 09/03/24 to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by 09/03/24,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at disputes@radiusgs.com.

**What else can you do?**

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by 09/03/24, we will stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at disputes@radiusgs.com.
- **Go to http://www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

**To Make Online Payments Visit:**
www.paymentportal.radiusgs.com

**Use Reference Number:** [redacted]1090

**Your PIN:** [redacted]

**Notice: See reverse side for important information**

**How do you want to respond?**
Check all that apply

❑ **I want to dispute the debt because I think:**
  ❑ This is not my debt.
  ❑ The amount is wrong.
  ❑ Other (Please describe on reverse or attach additional documents).
❑ **I want you to send me the name and address of the original creditor.**
❑ **I enclosed this amount:** $

**Mail this form to:**

RADIUS GLOBAL SOLUTIONS LLC
P.O. Box 390916
Minneapolis, MN 55439-0916

Make your check payable to **Radius Global Solutions.**
Include the reference number [redacted]1090

JARRETT JENKINS
334 LOCUST ST # 1
WEST HEMPSTEAD NY 11552-3044

In accordance with NY State regulatory requirements, please be advised of the following:

| Original Creditor Name | Original Creditor Number | Total Due as of Charge-Off | Total Interest Accrued Since Charge-Off | Total Non-Interest Charges or Fees Accrued Since Charge-Off | Total Payments Made or Credits Applied Since Charge-Off |
|---|---|---|---|---|---|
| SOFI BANK N.A. | XXXXX7673 | $48718.46 | N/A | N/A | $0.00 |

**Total amount of the debt now:** $48718.46

You may request this communication in large print by contacting us at (877) 891-0266.

Debt collectors, in accordance with the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:

(i) the use or threat of violence;
(ii) the use of obscene or profane language; and
(iii) repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JARRETT R. JENKINS,<br><br>Plaintiff,<br>v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC,<br><br>Defendant. | Case No.: 2:25-cv-03998 |

**DECLARATION OF MICHAEL D. ALLTMONT**

I, Michael D. Alltmont, pursuant to 28 U.S.C. § 1764, hereby declare:

1. I am counsel of record for Defendant, Radius Global Solutions, LLC ("Defendant").

2. I make this Affirmation in support of Defendant's Motion for Summary Judgment.

3. A true and correct copy of Plaintiff's Response to Requests for Admissions served in this lawsuit is attached hereto as **Exhibit B-1**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 12, 2026, at Metairie, Louisiana

*/s/ Michael D. Alltmont*
Michael D. Alltmont (admitted PHV)
Sessions, Israel & Shartle, LLC
3838 N. Causeway Blvd., Ste. 2800
Metairie, LA 70002
Telephone: 504-846-7954
Facsimile: 504-828-3737
Email: malltmont@sessions.legal

*Attorney for Defendant*
*Radius Global Solutions, LLC*

# EXHIBIT B-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Jarrett R. Jenkins,

Plaintiff,

Case No. 2:25-cv-03998-NCM-ST

-against-

Radius Global Solutions, LLC.,

Defendant,
-------------------------------------------------------X

## PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION

**Preliminary Statement**

Plaintiff, **Jarrett R. Jenkins**, responds to Defendant Radius Global Solutions, LLC's Requests for Admission subject to the specific objections stated in response to each individual request. Any use of a term defined by Defendant is for convenience only and does not adopt Defendant's characterization of disputed facts, ownership, assignment, servicing authority, collection authority, consent, or permissible purpose. Each response is made based on the information presently known to Plaintiff after reasonable inquiry. If a request contains multiple assertions, Plaintiff answers the request as fairly as possible to the extent it can be admitted, denied, or qualified.

**REQUESTS FOR ADMISSION**

1.

Admit RGS did not violate any provisions of the Fair Credit Reporting Act, ("FCRA"), 15 U.S.C. § 1681, *et seq.*, in its collection of the debt.

**RESPONSE:**

Plaintiff objects to this Request on the grounds that it calls for a legal conclusion, is vague and overbroad, and assumes disputed facts, including but not limited to the existence of "the debt," Defendant's alleged lawful collection of such debt, and the absence of any violation of the Fair Credit Reporting Act. Subject to and without waiving these objections, **Denied**.

2.

Admit you have not sustained any mental distress as a result of any actions or inactions on the part of RGS.

**RESPONSE:**

Denied.

3.

Admit you did not suffer any emotional distress as a result of any actions or inactions of RGS.

**RESPONSE:**

Denied.

4.

Admit you have not sustained any physical distress as a result of any actions or inactions of RGS.

**RESPONSE:**

**Denied.** Plaintiff contends that he sustained physical distress as a result of Defendant's conduct, including, among other things, a heart rate increase, a sensation of heat in his chest, tension headaches, difficulty falling asleep, recurring loss of appetite, disruption to his regular eating schedule, and missed or delayed meals.

5.

Admit you did not seek medical attention of any mental and/or physical distress that you allege in your Complaint.

**RESPONSE:**

Admitted.

6.

Admit no physician has causally related any mental or physical stress to any actions or inactions of RGS.

**RESPONSE:**

Admitted.

7.

Admit you have not sustained any actual damages as a result of any actions or omissions of RGS.

**RESPONSE:**

Denied.

8.

Admit you have not suffered any financial loss as a result of the events described in your Lawsuit.

**RESPONSE:**

Denied.

9.

Admit that your address in July 2024 was 334 Locust St., #1, West Hempstead, NY 11552-3044.

**RESPONSE:**

**Admitted in part and denied in part.** Plaintiff admits that in July 2024 he resided at **334 Locust Street, Apt. 1, West Hempstead, New York 11552**. Plaintiff denies the Request to the extent it inaccurately states Plaintiff's address formatting as "#1" and "11552-3044" rather than "Apt. 1" and "11552."

10.

Admit that your address in August 2024 was 334 Locust St., #1, West Hempstead, NY 11552-3044.

**RESPONSE:**

**Admitted in part and denied in part.** Plaintiff admits that in August 2024 he resided at **334 Locust Street, Apt. 1, West Hempstead, New York 11552**. Plaintiff denies the Request to the

extent it inaccurately states Plaintiff's address formatting as "#1" and "11552-3044" rather than "Apt. 1" and "11552."

11.

Admit that you had an account with Sofi Bank, N.A.

**RESPONSE:**

Admitted.

12.

Admit that you had an account with Sofi Bank, N.A., ending in account number 7673.

**RESPONSE:**

Admitted.

13.

Admit that you had an account with Sofi Bank, N.A. that you did not repay.

**RESPONSE:**

Admitted.

14.

Admit that Radius Global Solutions, LLC is a debt collector.

**RESPONSE:**

**Objection.** This Request is vague and ambiguous as to the term "debt collector," including whether the term is used in a legal sense under any particular statute, in a general business-description sense, or with respect to Defendant's alleged role in the events at issue in this action. Subject to and without waiving this objection, after reasonable inquiry, Plaintiff lacks sufficient information to truthfully admit or deny this Request as phrased.

15.

Admit that you do not know whether Radius Global Solutions, LLC, obtained the Transunion consumer credit report of the Plaintiff with no permissible purpose.

**RESPONSE:**

**Denied.** After reasonable inquiry, Plaintiff contends that Radius Global Solutions, LLC obtained Plaintiff's TransUnion consumer report without a permissible purpose.

16.

Admit that you did not conduct an investigation into whether Radius Global Solutions, LLC, obtained the Transunion consumer credit report of the Plaintiff with no permissible purpose

**RESPONSE:**

Denied.

April 10, 2026

Respectfully Submitted,

/s/Jarrett R. Jenkins
Jarrett R. Jenkins, Plaintiff
334 Locust Street, Apt. 1
West Hempstead, NY 11552
516-688-0078
jrobertjenkins@gmail.com