**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JARRETT R. JENKINS,<br><br>Plaintiff,<br>v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC,<br><br>Defendant. | Case No.: 2:25-cv-03998 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2026, a copy of the foregoing *Pre-Motion Letter, Local Rule 56.1 Statement, Declaration of Greg Stevens, and Exhibits A-1 and A-2, and Declaration of Michael Alltmont with Exhibit B-1,* were electronically filed with the Clerk of the Court, United States District Court, Eastern District of New York, and served via U.S. Mail and email upon all counsel of record and parties proceeding *pro se*:

Jarrett R. Jenkins
334 Locust Street, Apt. 1
West Hempstead, NY 11552
Tel: 516-688-0078
jrobertjenkins@gmail.com

Dated: November 12, 2026

Respectfully submitted,

*/s/ Michael D. Alltmont*
Michael D. Alltmont (admitted PHV)
Sessions, Israel & Shartle, LLC
3838 N. Causeway Blvd., Ste. 2800
Metairie, LA 70002
Telephone: 504-846-7954
Facsimile: 504-828-3737
Email: malltmont@sessions.legal

Aaron R. Easley (#2823797)
Sessions, Israel & Shartle, LLC
3 Cross Creek Drive
Flemington, NJ 08822-4938
Telephone: (908) 237-1660
Facsimile: (877) 334-0661
Email: aeasley@sessions.legal

*Attorney for Defendant*
*Radius Global Solutions, LLC*